**ACUFF–ROSE MUSIC, INC.,**
**Plaintiff–Appellant,**

v.

**Luther R. CAMPBELL, a/k/a Luke Skyy-walker; Christopher Wongwon, a/k/a Fresh Kid Ice; Mark Ross, a/k/a Brother Marquis; David Hobbs, a/k/a Mr. Mixx; professionally as 2 Live Crew; Luke Skyywalker Records, Defendants–Appellees.**

**No. 91–6225.**

United States Court of Appeals,
Sixth Circuit.

May 24, 1994.

Before: NELSON and NORRIS, Circuit Judges, and JOINER, Senior District Judge.[1]

ORDER

On remand from the Supreme Court of the United States of America.

Upon consideration of the decision of the Supreme Court reversing the prior decision of this court in the above-entitled case and remanding for further proceedings, see *Campbell v. Acuff–Rose Music, Inc.,* —— U.S. ——, 114 S.Ct. 1164, 127 L.Ed.2d 500 (1994), it is ordered that this cause be remanded to the district court for further proceedings not inconsistent with the Supreme Court's opinion.

1. Honorable Charles W. Joiner, United States District Judge for the Eastern District of Michigan, sitting by designation.